CITIZENS STATE BANK OF CHADRON, APPELLANT, V. WILLIS F. BELLANGEE ET AL., APPELLEES.

FILED MAY 22, 1895.    NO. 5966.

Chattel Mortgages: OWNERSHIP: REVIEW: SUFFICIENCY OF EVIDENCE. This appeal involves only questions of fact, and, upon careful consideration of all the evidence, the judgment appealed from is found fully sustained by the proofs.

APPEAL from the district court of Dawes county. Heard below before KINKAID, J.

*C. H. Bane* and *D. B. Jenckes,* for appellant.

*Spargur & Fisher, contra.*

RYAN, C.

Under and by virtue of a chattel mortgage made to plaintiff, the Citizens State Bank of Chadron, by Willis F. Bellangee and Grant Bellangee, the said mortgagee replevied from the possession of Harvey L. Cornwell twenty-seven head of cattle. Originally, Mr. Cornwell had shipped in 1887 to James L. Bellangee a larger number of cattle than above named, to be by James kept and cared for on a timber culture claim held by Cornwell in Dawes county. The cattle replevied were a part of those originally sent and their increase. Willis F., Grant, and James

L. Bellangee were brothers; their sister was the wife of
Harvey L. Cornwell.   While James was breaking out and
farming the timber culture claim and caring for the stock
under the above mentioned arrangement with Cornwell,
Willis F. and Grant were in his employ.   It would seem
from the evidence that the two brothers last named took
advantage of the absence of James to lay claim to the cat-
tle in dispute as purchasers from Cornwell, and by their
apparent sole possession their claim was rendered very
plausible.   The cattle were originally branded with the
letters "H. C." and, so described, were originally mort-
gaged by Willis F. and Grant.   Afterwards, they repre-
sented to Mr. McFadden, cashier of the Citizens State
Bank aforesaid, that from " H. C." they had changed their
brand to " F. X. E.," and by reference to this distinctive
brand the cattle were described in the mortgage then made
under which they were replevied by the bank.   There was
also brought by the bank against Willis F. and Grant Bel-
langee and Harvey L. Cornwell, in the district court of
Dawes county, an action for the foreclosure of its last men-
tioned mortgage and for other equitable relief in that con-
nection.   The replevin action and that for equitable relief
were consolidated by agreement of parties and submitted
to the court as one action on all the issues involved.   There
was judgment in favor of defendant Cornwell, for the dis-
missal of plaintiff's action with costs, from which judgment
plaintiff appeals.

From the necessities of the case, the only matters of
evidence available to plaintiff were the statements of Willis
F. and Grant Bellangee as to their acquisition of title
by purchase from Cornwell, and their possession under
claim of ownership.   As the whereabouts of these two
brothers could not be learned, their testimony was not
procured by either party.   There was an overwhelming
amount of evidence by which it was shown how, when,
and of whom Cornwell purchased, the fact that he shipped

the cattle purchased to Chadron, and that as an evidence
of his ownership two initial letters of his name, "H" and
"C," were branded upon each animal, and that the brand-
ing with the letters "F. X. E." was not known to him.
There was involved no question other than of fact in the
controversy, and as in the light of the evidence the judg-
ment of the district court was clearly right, it is

AFFIRMED.